Dismissed and Memorandum Opinion filed January 6, 2005









Dismissed and Memorandum Opinion filed January 6,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00710-CV

____________

 

ESPERANZA MONTANEZ, ET AL., Appellants

 

V.

 

REBECCA CHESTER,
Appellee

 



 

On Appeal from the 152nd District
Court

Harris County, Texas

Trial Court Cause No.
01-52669

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed July 9, 2004.  The clerk=s record was filed on October 29,
2004.  No reporter=s record was filed.  No brief was filed.

On November 12, 2004, this court issued an order stating that
unless appellants submitted their brief, together with a motion reasonably
explaining why the brief was late, on or before December 13, 2004, the court
would dismiss the appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

Appellants filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 6, 2005.

Panel consists of Justices
Anderson, Hudson, and Frost.